Randolph S. Hicks, Esq. - SBN 83627
Elizabeth D. Rhodes, Esq. - SBN 218480
**CODDINGTON, HICKS & DANFORTH**
A Professional Corporation, Lawyers
555 Twin Dolphin Drive, Suite 300
Redwood City, California 94065-2133
Tel. (650) 592-5400
Fax.(650) 592-5027
Email: rhicks@chdlawyers.com

**ATTORNEYS FOR** Defendant,
Covenant Aviation Security, LLC

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT

| | |
|---|---|
| STEPHANIE MORITZ, | No. C 06-2253 |
| Plaintiff, | |
| vs. | STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE |
| COVENANT AVIATION SECURITY, LLC, | |
| Defendants. | |

IT IS HEREBY STIPULATED, by and between plaintiff STEPHANIE MORITZ and defendant COVENANT AVIATION SECURITY, LLC, through their respective counsel that an order be entered, dismissing the above-entitled action with prejudice, each side to bear their own costs and attorney's fees.

Dated: November 30, 2006         GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER


                                  /s/ Steven J. Brewer
                             By: _____
                                  Steven J. Brewer, attorneys for
                                  Plaintiff Stephanie Moritz

/ / /

---

Stipulation and [Proposed] Order of Dismissal with
Prejudice - Case No. C 06-2253

Dated: November 30, 2006        CODDINGTON, HICKS & DANFORTH

/s/ Randolph S. Hicks

By: _____
Randolph S. Hicks, Attorneys for
Defendant Covenant Aviation Security, LLC

## ORDER

Having been provided with the foregoing stipulation, IT IS HEREBY ORDERED;

That the above-entitled action be dismissed, with prejudice, each party to bear its own attorneys' fees and costs.

Dated: December 11, 2006

_____
Honorable William H. Alsup
United States District Judge

*IT IS SO ORDERED — Judge William Alsup*

CODDINGTON, HICKS
& DANFORTH
A Professional Corp., Lawyers
555 Twin Dolphin Drive, #300
Redwood City, CA 94065
(650) 592-5400

Stipulation and [Proposed] Order of Dismissal with
Prejudice - Case No. C 06-2253

2